

City of Virginia Beach
08/03/2012
11 01:55 AM ASSIGN
Tina E. Sinnen, Clerk

## NOTICE OF CORPORATE ASSIGNMENT OF DEED OF TRUST

Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FIRST NLC FINANCIAL SERVICES, LLC, ITS SUCCESSORS AND ASSIGNS PO BOX 2026, FLINT, MI, 48501 by these presents does convey, grant, sell, assign, transfer and set over the described Deed of Trust with all interest secured thereby, all liens, and any rights due or to become due thereon to HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE OF THE FIRST NLC TRUST 2005-4, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-4, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).

Said Deed of Trust dated 11/18/2005 made by RICARDO MELGOZA AND LAURA F. MELGOZA to EASTERN VIRGINIA TITLE CO., INC., trustee, and recorded in Book n/a, Page n/a, Document # 20051206001953290 in the amount of $188,000.00 in the office of the Recorder of (Town/City) VIRGINIA BEACH County of VIRGINIA BEACH, Virginia.

IN WITNESS WHEREOF, this Assignment is executed on 07 / 20 /2012 (MM/DD/YYYY).
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FIRST NLC FINANCIAL SERVICES, LLC, ITS SUCCESSORS AND ASSIGNS

By: _Erin C. Auger_
ERIN C. AUGER
VICE PRESIDENT

STATE OF LOUISIANA    PARISH OF OUACHITA
On 07 / 20 /2012 (MM/DD/YYYY), before me appeared Erin C. Auger, to me personally known, who did say that he/she/they is/are the VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR FIRST NLC FINANCIAL SERVICES, LLC, ITS SUCCESSORS AND ASSIGNS and that the instrument was signed on behalf of the corporation (or association), by authority from its board of directors, and that he/she/they acknowledged the instrument to be the free act and deed of the corporation (or association).

Notary Public - State of LOUISIANA
Commission expires: Upon My Death

Prepared By/Return To:
E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152